UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2435 PSG (FFMx) | | Date | January 15, 2015 |
|---|---|---|---|---|
| Title | LAWANDA BELLFIELD v. THE UNITED STATES OF AMERICA and SOUTHWEST AIRLINES COMPANY and DOES 1 to 10 | | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

None Present                                            None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS**

On January 12, 2015, defendant United States of America filed a motion to compel plaintiff to respond to written discovery. Defendant contends that plaintiff failed to provide any response to properly served interrogatories and requests for production of documents and has failed to meet and confer with defendant as required by the Local Rules. Given the foregoing, plaintiff is ordered to show cause within 10 days of the date of this order, if any she has, why sanctions should not be imposed upon her and/or her counsel for failure to comply with her discovery obligations pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

Sanctions contemplated by this Court include monetary sanctions, issue sanctions, and/or dismissal for failure to prosecute.

                                                                                           :
                                      Initials of Preparer            JM