UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA BELLFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA and SOUTHWEST AIRLINES COMPANY and DOES 1 to 10,<br><br>　　　　　Defendants. | No. CV 14-2435 PSG (FFMx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: February 24, 2015

　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　United States District Judge