# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA BELLFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA and SOUTHWEST AIRLINES COMPANY and DOES 1 to 10,<br><br>    Defendants. | No. CV 14-2435 PSG (FFMx)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed with prejudice.

DATED: February 24, 2015

_____
PHILIP S. GUTIERREZ
United States District Judge